IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:10-cr-71-D-1
(FOURTH CIRCUIT APPEAL NO. 11-4825)

UNITED STATES OF AMERICA

vs.                                                    **ORDER**

CIPRIANO DIAZ-GALIANA,
           Defendant.

      FOR GOOD CAUSE shown, defendant's motion to unseal the Memorandum of Plea Agreement, the presentence report with addendum and the statement of reasons, is hereby ALLOWED.

      The Clerk is directed to provide appellate counsel W. H. Paramore, III with a copy of the Memorandum of Plea Agreement and the US Probation office is directed to provide copies of the presentence report with addendum and the statement of reasons to the Defendant's counsel, appellant counsel, W. H. Paramore, III.

      Appellant is directed to include the presentence report with addendum and the statement of reasons in the sealed volume of the Joint Appendix as submitted to the Fourth Circuit.

      IT IS SO ORDERED AND DIRECTED.

      This the __21__ day of November, 2011.


_____
THE HONORABLE JAMES C. DEVER, III
CHIEF, UNITED STATES DISTRICT COURT JUDGE